**EXHIBIT 2**

# Independent Nominating Petition



I, the undersigned, do hereby state that I am a registered voter of the political unit for which a nomination for public office is hereby being made, that my present place of residence is truly stated opposite my signature hereto, and that I do hereby nominate the following named person as a candidate for election to public office to be voted for at the election to be held on the 8th day of November 2022, and that I select the name **LaRouche Independent Party** as the name of the independent body making the nomination and the image to the right as the emblem of such body.

**Name of Candidate**  
Diane Sare

**Public Office**  
United States Senator  
State of New York

**Place of Residence** (also Post Office address if not identical)  
Two Grant Street, Sloatsburg, NY 10974

I do hereby appoint  

Joseph D'Urso  
333 Hillside Ave., Rochester, NY 14610  

Danette Singh  
48-10 65 St., Woodside, NY 11377  

Gary Daryl Kanitz  
1365 Maple Ridge Rd., De Kalb Junction, NY 13630  

as a committee to fill vacancies in accordance with the provisions of the election law.

In witness whereof, I have hereunto set my hand, the day and year placed opposite my signature.

| | Date | Name of Signer (signature required) (printed name may be added) | Residence | Town or city (except in NYC enter county) |
|---|---|---|---|---|
| 1 | / /22 | X | | |
| | | printed name | | |
| 2 | / /22 | X | | |
| | | printed name | | |
| 3 | / /22 | X | | |
| | | printed name | | |
| 4 | / /22 | X | | |
| | | printed name | | |
| 5 | / /22 | X | | |
| | | printed name | | |
| 6 | / /22 | X | | |
| | | printed name | | |
| 7 | / /22 | X | | |
| | | printed name | | |
| 8 | / /22 | X | | |
| | | printed name | | |
| 9 | / /22 | X | | |
| | | printed name | | |
| 10 | / /22 | X | | |
| | | printed name | | |

**STATEMENT OF WITNESS**

I, _____ (name of witness) state I am a duly qualified voter of the State of New York and now reside at _____ (residence address)

Each of the individuals whose names are subscribed to this petition sheet containing _____ (fill in number) signatures, subscribed the same in my presence on the dates above indicated and identified himself or herself to be the individual who signed this sheet. I understand that this statement will be accepted for all purposes as the equivalent of an affidavit and, if it contains a material false statement, shall subject me to the same penalties as if I had been duly sworn.

_____  _____  
Date                                                      Signature of Witness  

**WITNESS IDENTIFICATION INFORMATION:** The following information must be completed prior to filing with the board of elections in order for this petition sheet to be valid.

C.D. _____                                                                         Sheet No.: _____