

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

April 26, 2022

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Schmidt et al. v. Kosinski et al.</u>, No. 22-CV-2210 (BMC)

Dear Judge Cogan:

    This Office represents the Defendants in the above-referenced matter. I write to respectfully request that the upcoming show cause hearing, scheduled for May 2, 2022, be held remotely rather than in-person because, due to personal circumstances, I will be working remotely during that week.

    Thank you for your time and attention to this matter.

                                 Respectfully submitted,

                                 /s/ *Eva L. Dietz*
                                 Eva L. Dietz
                                 Assistant Attorney General
                                 (212) 416-6211