

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

May 4, 2022

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: Schmidt et al. v. Kosinski et al., No. 22-CV-2210 (BMC)

Dear Judge Cogan:

     This Office represents the Defendants in the above-referenced matter. I write to respectfully request a 60-day extension of time – from May 16, 2022 to July 15, 2022 – for Defendants to answer, move or otherwise respond to the Complaint in this case.

     Defendants' response to the Complaint is currently due on May 16, 2022. See ECF No. 11. However, I will be out of the country on a previously scheduled trip to Australia starting this Friday, May 6, 2022, until the end of May. Accordingly, the requested extension is necessary for me to be able to research and draft an appropriate response to the Complaint. This is Defendants' first request for an extension of time to respond to the Complaint.

     I have conferred with Plaintiffs' counsel regarding the instant request, but he was only willing to consent to a 30-day extension of Defendants' time to answer or otherwise respond to the Complaint. That would mean a deadline of June 15, 2022, which is just two weeks after my return from Australia. Moreover, at the show cause hearing held on May 2, 2022, the Court advised the parties that Defendants could have an extension of more than 30 days.

     For the foregoing reasons, Defendants respectfully request that the deadline for their answer or other response to the Complaint be extended by 60 days, from May 16, 2022 to July 15, 2022. Thank you for your time and attention to this matter.

                                               Respectfully submitted,

                                             /s/ *Eva L. Dietz*
                                           Eva L. Dietz
                                           Assistant Attorney General
                                           (212) 416-6211